NUECES COUNTY MAGISTRATE COURT
JUDGE: LINDA J. RHODES-SCHAUER
JUDGE: MELISSA MADRIGAL
NUECES COUNTY JAIL / 901 LEOPARD STREET
CORPUS CHRISTI, TEXAS 78401
(361) 887-2277 OR (361) 887-2373 (361) 887-2317 FAX

☒ CAUSE/CASE NO. 23FC-2329A   CHARGE: 32.51(C-1)
FRAUD USE/POSS IDENT INFO # ITEMS 5<10 ELDERLY
SECOND DEGREE FELONY (28TH DISTRICT COURT)

☒ CAUSE/CASE NO. 22MC-02794   CHARGE: 30.05(D)(1)
CRIMINAL TRESPASS, CLASS B MISDEMEANOR

☒ CAUSE/CASE NO. 22MC-02795   CHARGE: 38.03(A)
RESIST ARREST SEARCH OR TRANSP, CLASS A MISDEMEANOR

✱ ADAM LEAL GARCIA DOB: 03/60/1989 So. No. 10143426

▪ DEFENDANT IS CURRENTLY IN JAIL : (YES)

● SUBPOENA - PEACE - OFFICER - BODY - CAMERA'S REMEMBER HAPPENED INSIDE "FEDERAL - BANK", SO (F.B.I) / (C.I.A) SHOULD HAVE BEEN CALLED. NEED TO CALL (F.B.I) / (C.I.A) TO INVESTIGATE.

● LOOK INTO MY "WALLET" HAVE ("2") BANK VAULT KEY'S. ① WELLS FARGO BANK ② VALUE BANK.

● SUBPOENA - PEACE - OFFICERS - PHONE - CALL - RECORDS. "MALE" OFFICERS MADE CALL BEFORE HE MADE HIS POLICE REPORT. PROMISE NEED TO LOOK AT MY (FACEBOOK). I HAVE VIDEO BEFORE I GOT ARRESTED. DON'T FORGET LOOK INTO MY PROPERTY. ⓒ 321 JOHN SARTAIN ST. CORPUS CHRISTI, TX. 78401.

DATABASE CORRUPT; POWER OF ATTORNEY
LOOK AT BATES BOND ON BANK/INSURANCE POLICY
2 OTHER PRISONER'S CHECK STUB. NEED TO BE FEDERAL COURT CASE.

TEXAS ACTS OF THE 88TH LEG.-REGULAR SESSION (2023)
HB 4595, CHAPTER 768    AN ACT RELATING TO NONSUBSTANTIVE ADDITIONS TO, REVISION OF AND CORRECTIONS IN ENACTED CODES AND TO THE NONSUBSTANTIVE CODIFICATION OR DISPOSITION OF VARIOUS LAWS OMITTED FROM ENACTED CODES. BE IT ENACTED BY THE LEGISLATURE OF THE STATE OF TEXAS:

✳ ARTICLE 12.01 FELONIES EXCEPT AS PROVIDED IN ARTICLE 12.03 FELONY INDICTMENTS MAY BE PRESENTED WITHIN THESE LIMITS AND NOT AFTERWORD.

✳ (A) THEFT OF ANY ESTATE, REAL, PERSONAL OR MIXED BY AN EXECUTOR, ADMINISTRATOR GUARDIAN, OR TRUSTEE, WITH INTENT TO DEFRAUD ANY CREDITOR, HEIR, LEGATEE, WARD, DISTRIBUTEE, BENEFICIARY, OR SETTLOR OF TRUST INTERESTED IN SUCH ESTATE.

✳ (C) A FELONY VIOLATION UNDER CHAPTER 162, TAX CODE
✳ (G) FRAUDULENT USE OR POSSESSION OF IDENTIFYING UNDER SECTION 32.51 PENAL CODE
✳ (E) INSURANCE FRAUD.

— § 535.219 [EFF. 9/1/2023] [EFF. UNTIL 12/29/2023]
(A) CHAPTER 1102
(b) §1101.702 (b) OF THE ACT.
(C),(d),(e),(f)
AMENDED BY TEXAS REGISTER VOLUME 48, NUMBER 34, AUGUST 25, 2023, TEX REG. 4589, EFF. 9/1/2023
• EMERGENCY •

- § 538. Investigation of Aircraft Piracy and Related Violations The Federal Bureau of Investigation shall investigate any violation of section 46314 or Chapter 465 of Title 49.
- § 537. Expenses of Unforeseen Emergencies of a Confidential Character, Appropriations for the Federal Bureau of Investigation are available for expenses of unforeseen emergencies of a confidential chapter, when so specified in the appropriation concerned, to be spent under the direction of the Attorney General. "Please look up to read the rest of": (§ 537. Expenses of Unforeseen Emergencies of a Confidential Character.)
- Both Bill 1735 and Bill 2037 also clarify that nothing in the statue "permits a peace officer to use pysical force or deadly force in a manner or under such circumstances that would violate the United States Constitution or State Constitution." RCW 10.120.020(5)(c)
- Article 6.03 on Attempt to Injure.
- Article 6.05 Duty of Peace Officer as to Threats.
- Article 6.06 Peace Officer to Prevent Injury.
- Article 6.07 Conduct of Peace Officer.

CORPUS CHRISTI TX 784
RIO GRANDE DISTRICT
25 SEP 2023 PM 1 L

341 Pine Street RM. 2008
Abilene, Texas 79601
• Abilene Division •

Adam Leal Garcia
P.O. Box 1529
Corpus Christi, Texas 78403

RECEIVED
SEP 2 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

NUECES COUNTY
INMATE MAIL